| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____  Chapter  **11** | |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Xtreme Lines Trasport Service, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-5401882** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**5465 Legacy Dr. Ste 650**<br>**Plano, TX 75024**<br>Number, Street, City, State & ZIP Code<br><br>**Collin**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Xtreme Lines Trasport Service, Inc.**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Xtreme Lines Trasport Service, Inc.** Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
       Contact name
       Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Xtreme Lines Trasport Service, Inc.**_____  Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Xtreme Lines Trasport Service, Inc.**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2023**
                     MM / DD / YYYY

**X**   **/s/ Wade Jones**                         **Wade Jones**
Signature of authorized representative of debtor      Printed name

Title   **Director**

**18. Signature of attorney**

**X**   **/s/ Eric A. Liepins**            Date **August 25, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone   **972-991-5591**      Email address   **eric@ealpc.com**

**12338110 TX**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Xtreme Lines Trasport Service, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Blue Ridge Financial**<br>11921 Freedom Dr.<br>Ste 1130<br>Reston, VA 20190 | | | | | | **$80,050.00** |
| **BUSINESS BACKER LOAN**<br>10856 Reed Hartman Highway Suite 100<br>Cincinnati, OH 45242 | | | | | | **$20,155.00** |
| **Cashmere Valley Bank**<br>124 E. Penny Rd Ste 202<br>Wenatchee, WA 98801 | | | | | | **$35,000.00** |
| **Cashmere Valley Bank**<br>124 E. Penny Rd Ste 202<br>Wenatchee, WA 98801 | | | | | | **$88,500.00** |
| **EFG**<br>975 Oak St.<br>Ste 795<br>Eugene, OR 97401 | | | | | | **$34,150.00** |
| **First Horizon Home Loan Corporation**<br>4000 Horizon Way<br>Irving, TX 75063 | | | | | | **$35,000.00** |
| **FORA FINANCIAL**<br>519 8TH Ave Ste 11<br>New York, NY 10018 | | | | | | **$54,251.00** |

Debtor **Xtreme Lines Trasport Service, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Graybar Financial Services/office phones** P.O. Box 5066 Hartford, CT 06102-5066 | | | | | | $8,500.00 |
| **Harmony Bank** 1919 S Shiloh Rd. Ste 100 Garland, TX 75042 | | | | | | $175,000.00 |
| **Harmony Bank** 1919 S Shiloh Rd. Ste 100 Garland, TX 75042 | | | | | | $59,135.00 |
| **Leaf** P.O. Box 5066 Hartford, CT 06102-5066 | | | | | | $6,500.00 |
| **New Lane Finance** 500 Delaware Ave Wilmington, DE 19801 | | | | | | $48,500.00 |
| **NTTA** P.O. Box 660244 Dallas, Tx 75266-0244 | | | | | | $2,000.00 |
| **SBA EIDL Loan** PO Box 3918 Portland, OR 97208 | | | | | | $868,000.00 |
| **Simmons Bank** 501 S Main St. Pine Bluff, AR 71601 | | | | | | $250,000.00 |
| **Simmons LOC** 501 S Main St Pine Bluff, AR 71601 | | | | | | $250,000.00 |
| **Truist Bank** P.O. Box 580340 Charlotte, NC 28258 | | | | | | $47,500.00 |

Revised 12/1/2009 LBR Appendix 1007-b-6

# United States Bankruptcy Court
### Eastern District of Texas

In re  **Xtreme Lines Trasport Service, Inc.**  Case No.
Debtor(s)  Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 25, 2023**   /s/ Wade Jones
  **Wade Jones**/**Director**
  Signer/Title

Software Copyright (c) 1996-2022, Best Case, LLC - www.bestcase.com

Blue Ridge Financial
11921 Freedom Dr. Ste 1130
Reston, VA 20190

BUSINESS BACKER LOAN
10856 Reed Hartman Highway Suite 100
Cincinnati, OH 45242

Cashmere Valley Bank
124 E. Penny Rd Ste 202
Wenatchee, WA 98801

EFG
975 Oak St.
Ste 795
Eugene, OR 97401

First Horizon Home Loan Corporation
4000 Horizon Way
Irving, TX 75063

FORA FINANCIAL
519 8TH Ave Ste 11
New York, NY 10018

Graybar Financial Services/office phones
P.O. Box 5066
Hartford, CT 06102-5066

Harmony Bank
1919 S Shiloh Rd. Ste 100
Garland, TX 75042

Leaf
P.O. Box 5066
Hartford, CT 06102-5066

New Lane Finance
500 Delaware Ave
Wilmington, DE 19801

NTTA
P.O. Box 660244
Dallas, Tx 75266-0244

SBA EIDL Loan
PO Box 3918
Portland, OR 97208

Simmons Bank
501 S Main St.
Pine Bluff, AR 71601

Simmons LOC
501 S Main St
Pine Bluff, AR 71601

Truist Bank
P.O. Box 580340
Charlotte, NC 28258

# United States Bankruptcy Court
## Eastern District of Texas

In re  **Xtreme Lines Trasport Service, Inc.**　　　　　　　　　　　Case No. _____
Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Xtreme Lines Trasport Service, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**August 25, 2023**　　　　　　　　　　　　　　**/s/ Eric A. Liepins**
Date　　　　　　　　　　　　　　　　　　　　　**Eric A. Liepins**
　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　　Counsel for **Xtreme Lines Trasport Service, Inc.**
　　　　　　　　　　　　　　　　　　　　　　　**Eric A. Liepins**
　　　　　　　　　　　　　　　　　　　　　　　**12770 Coit Road**
　　　　　　　　　　　　　　　　　　　　　　　**Suite 850**
　　　　　　　　　　　　　　　　　　　　　　　**Dallas, TX 75251**
　　　　　　　　　　　　　　　　　　　　　　　**972-991-5591 Fax:972-991-5788**
　　　　　　　　　　　　　　　　　　　　　　　**eric@ealpc.com**